**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ENRIQUE SANCHEZ MORALES,

Petitioner,

v.

PAMELA BONDI; and TODD BLANCHE,

Respondents.

Case No.: 26-cv-02259-H-DDL

**ORDER REQUESTING UPDATE REGARDING PETITIONER'S REPRESENTATION**

On July 2, 2026, attorney William J. Baker filed a motion to withdraw as counsel of record for Petitioner Enrique Sanchez Morales. (Doc. No. 4.) On August 13, 2026, the Court granted the motion, contingent upon Mr. Baker providing Petitioner's last known mailing address and phone number to the Court, as well as promptly sending a copy of the Court's order to Petitioner and filing a notice with the Court once he did so. (Doc. No. 6.) On September 25, 2026, Mr. Baker filed a notice indicating that Petitioner was served a copy of the Court's August 13, 2026 order. (Doc. No. 7.) The Court orders Petitioner to update the Court regarding whether Petitioner is proceeding pro se or has secured new counsel on or before Friday, October 30, 2026.

**IT IS SO ORDERED.**

DATED: September 30, 2026

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT